An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE HONORABLE MICHAEL FLETCHER, WALKER RIVER JUSTICE OF THE PEACE, COUNTY OF LYON, STATE OF NEVADA.

No. 66520

**FILED**

DEC 23 2014



### *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on September 17, 2014, with the filing of a Stipulation and Order for Public Reprimand.[1] Respondent did not subsequently file a notice of appeal with the clerk of the commission; in the Stipulation and Order for Public Reprimand he waived his right to appeal. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc: Nevada Commission on Judicial Discipline
Law Offices of Kathleen M. Paustian, Chartered
Arrascada & Arrascada, Ltd.

---

[1]On November 19, 2014, this court directed the Nevada Commission on Judicial Discipline to file a certified copy of the stipulation and order and to file a certificate of service indicating the stipulation and order had been properly served on respondent. On November 20, 2014, the Commission complied with our order.

SUPREME COURT
OF
NEVADA



(O) 1947A

14-41991